LOUIS M. BUBALA III, ESQ.
State Bar No.: 8974
ARMSTRONG TEASDALE LLP
50 W. Liberty St., Ste. 950
Reno, NV 89501
Telephone:  775.322.7400
Fax:  775.322.9049
Email:  lbubala@armstrongteasdale.com
  and   bsalinas@armstrongteasdale.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING & TRUST CO., | Case No.: 3:12-cv-00279-MMD-VPC |
| Plaintiff, | **SECOND DECLARATION OF LOUIS M. BUBALA III IN SUPPORT OF EMERGENCY MOTION AND PROPOSED ORDER FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND APPOINTMENT OF A RECEIVER** |
| vs. | |
| BIG STUFF STORAGE LLC; MARY C. MILLER; JOHN A. SCHOPF, JR.; WENDY AUSLEN SCHOPF; and CITY OF RENO, | |
| Defendants. | |

I, Louis M. Bubala III, declare as follows:

1. My law firm is counsel to Plaintiff Branch Banking & Trust Co. ("BB&T") in this case and the related bankruptcy case, *In re Big Stuff Storage LLC*, Case No. BK-N-10-50471-GWZ (Bankr. D. Nev.).  I am a partner in the firm and have been lead counsel on this matter since 2010.  I have been a member of the Nevada State Bar since 2004, admitted to practice before the federal courts of Nevada since 2005, and been in good standing at all times.

2. I emailed copies of the complaint, motion, Bubala declaration, Evans declaration, and exhibits between 6:45 p.m. and 7:00 p.m., Thursday, May 24, 2012, to the following people:

    a. Big Stuff managing member Alan Huber, ajhuber@charter.net.

    b. Big Stuff member Mark Huber, mark@markhuber.com.

    c. Big Stuff bankruptcy counsel John Gezelin, jgezelin@asmithlaw.com, and Alan R. Smith, mail@asmithlaw.com.  I also personally provided Mr. Gezelin with hard copies of the filings at 9:15 a.m., May 25, 2012.

    d. Wayne Snyder, president/treasurer/registered agent for Z Serving, Inc., the

servicing agent for the debt owed to the Schopf/Miller defendants, wayne@zlai.com.  He orally confirmed to me receipt of the emails.

    e.  Susan Ball Rothe, deputy city attorney for City of Reno, rothes@reno.gov.  She confirmed to me receipt of the emails.

    f.  Christina Lovato, Ch. 7 bankruptcy trustee for Big Stuff, trusteelovato@att.net.  She confirmed to me receipt of the emails.

3.  On May 24-25, 2012, I received consents to the appointment of a receiver from:

    a.  Big Stuff, from Mr. Gezelin.  Written confirmation is attached as Exhibit 1.

    b.  The City of Reno, from Ms. Rothe.  Written confirmation is attached as Exhibit 2.

    c.  The Schopf/Miller defendants, from Mr. Snyder.  Mr. Snyder and I spoke on the phone on May 25, 2012, and he reconfirmed his pre-litigation consent to the appointment of a receiver.

    d.  Trustee Lovato.  Written confirmation is attached as Exhibit 2.

4.  The Clerk of the Court issued the summons earlier this morning, and I am in the process of arranging official service.

5.  As a clerical matter, there were duplicative exhibits filed in error with the motion (Ct. Dkt. #2).  The documents contained labeled Exhibit #1, Part 2 (Ct. Dkt. #2-2) are duplicative of the duplicative of the documents contained in Exhibit #1, which lacks an exhibit sheet (Ct. Dkt. #2-1).  Counsel apologizes for the error.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of May, 2012.


  /s/Louis M. Bubala III

LOUIS M. BUBALA III

# EXHIBIT 1

EXHIBIT 1

## Louis M. Bubala

**From:** John Gezelin [gezelin@asmithlaw.com]
**Sent:** Friday, May 25, 2012 10:38 AM
**To:** Louis M. Bubala
**Subject:** RE: Big Stuff, receivership [IWOV-IDOCS.FID1860400]

Lou,

Your understanding is correct.   You are authorized to advise the court of our consent.   John

**From:** Louis M. Bubala [mailto:LBubala@ArmstrongTeasdale.com]
**Sent:** Friday, May 25, 2012 9:58 AM
**To:** 'Gezelin, John J.'
**Subject:** Big Stuff, receivership [IWOV-IDOCS.FID1860400]

John, this will confirm our conversation from your visit to my office this morning that Big Stuff consents to the appointment of a receiver.  Please let me know if I have misunderstood.  I will be advising the court of the consent.



Armstrong Teasdale LLP
**Louis M. Bubala III** | Partner
50 West Liberty, Suite 950, Reno, Nevada 89501
DIRECT: 775-784-3212 | FAX: 775-322-9049 | MAIN OFFICE: 775.322.7400 | CELL: 775-223-7641
lbubala@armstrongteasdale.com
www.armstrongteasdale.com

Please consider the environment before printing this email.

***********************PRIVATE AND CONFIDENTIAL***********************
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

# EXHIBIT 2

# EXHIBIT 2

## Louis M. Bubala

| | |
|---|---|
| **From:** | Susan Rothe [rothes@reno.gov] |
| **Sent:** | Friday, May 25, 2012 8:24 AM |
| **To:** | Louis M. Bubala |
| **Cc:** | 'shipmanj@reno.gov' |
| **Subject:** | RE: BB&T v. Big Stuff Storage LLC [IWOV-IDOCS.FID1860400] |

Lou,
You have to serve the City in accordance with State Law.  However, as I indicated in our phone conference we do not object to this action.  I am out of the office next week so if you need anything on this please deal with Jon Shipman.  Thanks.
Susan

This message is for exclusive use of addressee and contains confidential, privileged and nondisclosable information. If you are not the addressee, then recipient is prohibited from reading or using the message. If you have received this message by mistake, please call immediately and permanently delete this e-mail and any attached files. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited.

Susan Ball Rothe
Deputy City Attorney
City of Reno
1 East First Street, 3rd Floor
P.O. Box 1900
Reno, Nevada 89505
(775) 334-2050
FAX (775) 334-2420

---

**From:** Louis M. Bubala [mailto:LBubala@ArmstrongTeasdale.com]
**Sent:** Thursday, May 24, 2012 6:59 PM
**To:** 'mail@asmithlaw.com'; 'Gezelin, John J.'; 'ajhuber@charter.net'; 'mark@markhuber.com'; 'wayne@zlai.com'; 'rothes@reno.gov'; 'Lovato, Christina'
**Cc:** Barbara J. Salinas
**Subject:** RE: BB&T v. Big Stuff Storage LLC [IWOV-IDOCS.FID1860400]

I have now emailed the filed documents.  If you did not receive them, please let me know.



Armstrong Teasdale LLP
**Louis M. Bubala III** | Partner
DIRECT: 775-784-3212 | FAX: 775-322-9049 | MAIN OFFICE: 775.322.7400 | CELL: 775-223-7641

---

**From:** Louis M. Bubala [mailto:LBubala@ArmstrongTeasdale.com]
**Sent:** Thursday, May 24, 2012 6:49 PM
**To:** 'mail@asmithlaw.com'; 'Gezelin, John J.'; 'ajhuber@charter.net'; 'mark@markhuber.com'; 'wayne@zlai.com'; 'rothes@reno.gov'; 'Lovato, Christina'

**Cc:** Barbara J. Salinas
**Subject:** BB&T v. Big Stuff Storage LLC [IWOV-IDOCS.FID1860400]

All:  I am emailing you to notify you that I filed my complaint and motion today seeking the appointment of a receiver to manage the property as of June 1, 2012, based on the trustee's abandonment of the property after May 31, 2012.  The documents and exhibits are somewhat lengthy, so I am sending them in separate emails.  If you consent or do not oppose the appointment of a receiver, and can email me to confirm your position, I would greatly appreciate it.

Thank you,

Lou
Counsel for Plaintiff
Branch Banking & Trust Co.



Armstrong Teasdale LLP
**Louis M. Bubala III** | Partner
50 West Liberty, Suite 950, Reno, Nevada 89501
DIRECT: 775-784-3212 | FAX: 775-322-9049 | MAIN OFFICE: 775.322.7400 | CELL: 775-223-7641
lbubala@armstrongteasdale.com
www.armstrongteasdale.com

Please consider the environment before printing this email.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

Please note new email address as rothes@reno.gov. This message is for exclusive use of addressee and contains confidential, privileged and nondisclosable information. If you are not the addressee, then recipient is prohibited from reading or using the message. If you have received this message by mistake, please call immediately and permanently delete this e-mail and any attached files. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited.

Susan Ball Rothe
Deputy City Attorney
City of Reno
1 East First Street, 3rd Floor
P.O. Box 1900
Reno, Nevada 89505

5/25/2012

(775) 334-2050
FAX (775) 334-2420

5/25/2012

# EXHIBIT 3

# EXHIBIT 3

## Louis M. Bubala

**From:** Christina Lovato [TrusteeLovato@att.net]
**Sent:** Thursday, May 24, 2012 7:35 PM
**To:** Louis M. Bubala
**Subject:** RE: BB&T v. Big Stuff Storage LLC [IWOV-IDOCS.FID1860400]

I consent

---

**From:** Louis M. Bubala [mailto:LBubala@ArmstrongTeasdale.com]
**Sent:** Thursday, May 24, 2012 6:49 PM
**To:** mail@asmithlaw.com; 'Gezelin, John J.'; ajhuber@charter.net; mark@markhuber.com; wayne@zlai.com; rothes@reno.gov; Lovato, Christina
**Cc:** Barbara J. Salinas
**Subject:** BB&T v. Big Stuff Storage LLC [IWOV-IDOCS.FID1860400]

All: I am emailing you to notify you that I filed my complaint and motion today seeking the appointment of a receiver to manage the property as of June 1, 2012, based on the trustee's abandonment of the property after May 31, 2012. The documents and exhibits are somewhat lengthy, so I am sending them in separate emails. If you consent or do not oppose the appointment of a receiver, and can email me to confirm your position, I would greatly appreciate it.

Thank you,

Lou
Counsel for Plaintiff
Branch Banking & Trust Co.



Armstrong Teasdale LLP
**Louis M. Bubala III** | Partner
50 West Liberty, Suite 950, Reno, Nevada 89501
DIRECT: 775-784-3212 | FAX: 775-322-9049 | MAIN OFFICE: 775.322.7400 | CELL: 775-223-7641
lbubala@armstrongteasdale.com
www.armstrongteasdale.com

Please consider the environment before printing this email.

**********************PRIVATE AND CONFIDENTIAL**********************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (**admin@armstrongteasdale.com**) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.