UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST CO.,<br><br>    Plaintiff,<br>vs.<br><br>BIG STUFF STORAGE LLC; MARY C. MILLER; JOHN A. SCHOPF, JR.; WENDY AUSLEN SCHOPF; and CITY OF RENO,<br><br>    Defendants. | Case No.: 3:12-cv-00279-LRH-VPC<br><br>**ORDER DISMISSING CASE**<br><br>**Hearing Date: N/A**<br>**Hearing Time:  N/A** |

Plaintiff has filed an ex parte request to dismiss this case based on the completion of the foreclosure of Defendant Big Stuff Storage LLC's real property, the completion of the receiver's work, and the filing of the receiver's report.  The Court, having reviewed the papers filed, **GRANTS** the request as follows:

1. The case is **DISMISSED**.

2. The receiver, Cheryl A. Evans of Coldwell Banker Commercial Premier Brokers, is hereby discharged from her appointment.

3. The clerk of the court shall release the bonds posted by Plaintiff and the Receiver to a representative of Plaintiff's counsel to be returned as appropriate to Plaintiff and the Receiver.

IT IS SO ORDERED:
DATED this 26th day of July, 2012

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE